UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
RENATO PALLADINI, et al.,

                Plaintiffs,

    -against-

THE REPUBLIC OF ARGENTINA,

                Defendant.
------------------------------------------------------------------------ x

**ORDER OF SATISFACTION OF JUDGMENT**

07-CV-0689 (LAP)

    WHEREAS, on December 26, 2007, the Court entered a final judgment, ECF No. 10, (the "Final Judgment") against the Republic of Argentina (the "Republic") and in favor of the plaintiffs Renato Palladini, et al., with respect to the plaintiffs' beneficial interests on certain defaulted bonds issued by the Republic (the "Bonds");

    WHEREAS, plaintiffs have tendered interests in the Bonds in exchange for new securities issued by the Republic in the Republic's 2010 exchange offer, and/or transferred their interests in the Bonds, and/or have otherwise settled their claims and accordingly no longer hold any interest in the Bonds that are subject of the above-captioned case.

    NOW, THEREFORE, full satisfaction of plaintiffs' Final Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full satisfaction on the docket. `The Clerk of the Court shall mark this action closed and all pending motions denied as moot.`

SO ORDERED:

*Loretta A. Preska*
_____
United States District Judge
Dated: `January 27, 2021`